UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 11-09864-MMM(VBKx) | Date March 12, 2012 |
| Title Broadcast Music, Inc., et al vs 541 S. Arroyo Parkway Restaurant, LLC, et al | |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** [In Chambers] Order to Show Cause re Dismissal re Lack of Prosecution

   On January 13, 2012, the parties filed a stipulation extending the time for defendants to file a responsive pleading by no more than 30 days to February 8, 2012.

   On February 15, 2012, a week after a responsive pleading was due, the parties filed a second stipulation requesting an additional 30 days in which to file a responsive pleading (March 9, 2012). The stipulation was granted. The court noted that no further extensions would be granted.

   On March 9, 2012, the parties filed a third stipulation requesting till March 23, 2012 in which to file a responsive pleading. This order was denied.

   Defendants have failed to comply with this court's order. Accordingly, the court, on its own motion, orders plaintiff**(s)** to show cause in writing on or before **March 16, 2012 at 10:00 a.m.** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

   If plaintiff files an application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure or if defendants file a responsive pleading on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.

   Failure to comply with this court's orders will result in the immediate dismissal of the case without further notification.